**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-1450**

CARRIE M. WARD; JACOB GEESING; HOWARD N. BIERMAN,

      Plaintiffs - Appellees,

     v.

KAMAL MUSTAFA,

      Defendant - Appellant,

   and

FATIMA MUSTAFA; ZESHAN K. MUSTAFA; IFRAN KAMAL MUSTAFA,

      Defendants.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Brendan A. Hurson, District Judge.  (8:25-cv-00864-BAH)

Submitted:  August 1, 2025                    Decided:  August 6, 2025

Before HARRIS, RICHARDSON, and HEYTENS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Kamal Mustafa, Appellant Pro Se.  Owen Glen Hare, COHN, GOLDBERG & DEUTSCH, LLC, Linthicum Heights, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kamal Mustafa seeks to appeal the district court's order remanding this case to state court for lack of subject matter jurisdiction. *See* 28 U.S.C. § 1447(c) ("If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded."). With limited exceptions not applicable here, a district court's order remanding a removed case for lack of subject matter jurisdiction is not reviewable on appeal or otherwise. 28 U.S.C. § 1447(d); *see Doe v. Blair*, 819 F.3d 64, 66-67 (4th Cir. 2016) ("[A] district court may remand a case sua sponte for lack of subject matter jurisdiction at any time, and such an order is not reviewable." (citations omitted)). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*